```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  PATRICK WALSH
    Assistant United States Attorney
 3  333 Las Vegas Boulevard South
    Suite 5000
 4  Las Vegas, Nevada 89101
    (702) 388-6336
 5  Fax (702) 388-6698
```

2010 AUG 30 A 10: 57

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | |
| ) | |
| PREMISES KNOWN AS ) | 2:09-mj-823-GWF |
| A METAL SECURITY BOX ) | |
| 3" X 5" AND STORED INSIDE VAULT 1194 ) | |
| 24/7 PRIVATE VAULTS ) | |
| 3110 EAST SUNSET ROAD, SUITE #H ) | |
| LAS VEGAS, NEVADA 89120 ) | |
| CITY OF LAS VEGAS ) | |
| COUNTY OF CLARK, ) | |
| STATE OF NEVADA ) | |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Patrick Walsh, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

1  Unsealing is necessary to permit the Government to copy and distribute the above
2  referenced documents to the defense.

3
4  DATED this 30th day of August, 2010.
5

6  Respectfully submitted,

7  DANIEL G. BOGDEN
   United States Attorney
8

9  *Patrick Walsh*
   PATRICK WALSH
10  Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs ) <br> ) <br> PREMISES KNOWN AS ) <br> A METAL SECURITY BOX ) <br> 3" X 5" AND STORED INSIDE VAULT 1194 ) <br> 24/7 PRIVATE VAULTS ) <br> 3110 EAST SUNSET ROAD, SUITE #H ) <br> LAS VEGAS, NEVADA 89120 ) <br> CITY OF LAS VEGAS, ) <br> COUNTY OF CLARK, ) <br> STATE OF NEVADA ) <br> _____ ) | 2:09-mj-823-GWF |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application and the Court's Order be unsealed.

DATED this 1st day of September, 2010.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE